

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

Initial conference is adjourned from July 29, 2024 to September 30, 2024
at 11:00 a.m.  The conference will proceed telephonically.
Dial-In No.:  1-888-363-4749, Access Code:  3667981.
SO ORDERED.
Dated:  July 22, 2024

July 19, 2024

P. Kevin Castel
United States District Judge

**VIA ECF**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, NY 10007-1312

Re:    *Securities and Exchange Commission v. Andre Wong, 24-cv-4231 (PKC) (S.D.N.Y.)*

Dear Judge Castel:

Pursuant to the Court's June 11, 2024, Initial Pretrial Conference Order (Dkt. No. 5, the "Order") and Paragraph 1.C of the Court's Individual Practices in Civil Cases, Plaintiff Securities and Exchange Commission ("SEC") respectfully seeks an eight-week adjournment of the initial pretrial conference scheduled for July 29, 2024, at 10:30 a.m.  Despite its efforts, the SEC has not yet been able to serve the Summons and Complaint on Defendant Andre Wong ("Wong"), who apparently now resides in Canada and is the only defendant in this action.  This is the first such request for an adjournment, and Wong's counsel, who has not yet appeared in this case, consents to this request (but has requested that the SEC note that his consent does not constitute a waiver of service).

As background, the SEC filed its Complaint, alleging insider trading, against Wong on June 3, 2024.  (Dkt. No. 1.)  At the time, as alleged in the Complaint, the SEC understood that Wong resided in California.  On June 3, shortly before filing the Complaint, SEC counsel notified Wong's counsel, Michael Li-Ming Wong, Esq., of Willkie Farr & Gallagher LLP ("Willkie Farr"), that the SEC planned to file the Complaint that day.  Later that day, after filing the Complaint, SEC counsel emailed a copy of the filed Complaint to Wong's counsel and inquired whether he would accept service by email on Wong's behalf.  On June 10, pursuant to Federal Rule of Civil Procedure 4(d), SEC counsel sent Wong's counsel a Notice of a Lawsuit and Request to Waive Service of a Summons with the required attachments by United Parcel Service overnight delivery and notified Wong's counsel of the mailing by email.

On June 11, the Court issued its Order scheduling the initial pretrial conference for July 29, and the SEC promptly served the Order on Wong's counsel by email.  (Dkt. Nos. 5, 7.)  On July 8, SEC counsel spoke with two other attorneys at Willkie Farr, who represented that Wong no longer maintains a residence in California and resides in Vancouver, Canada.  On July 10, following another call with Wong's counsel, he confirmed in an email to SEC counsel that he was "not authorized to waive service at this time."  He also noted that Wong "was not resident in the US in June 2024."

Hon. P. Kevin Castel
July 19, 2024
Page 2

On July 16, SEC counsel filed a request for issuance of a Summons addressed to Wong at an address the SEC believes is Wong's residence in Vancouver, Canada (Dkt. No. 8), and the Clerk of Court issued the Summons on July 17.  The SEC is currently taking steps to serve the Summons and Complaint on Wong in Canada.  To date, no counsel has appeared for Wong in this action.

Accordingly, the SEC respectfully requests that the Court adjourn the initial pretrial conference by eight weeks to permit the SEC sufficient time to effect service on Wong in Canada and to enable the parties to confer on the topics set out in the Court's Order and submit a joint letter and a proposed Case Management Plan and Scheduling Order sufficiently in advance of the conference.  Wong's counsel consents to this request.

Respectfully submitted,

*/s/ Joshua R. Geller*
Joshua R. Geller
Senior Counsel

cc:  Michael Li-Ming Wong, Esq. (by email)