

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 PEARL STREET, SUITE 20-100
NEW YORK, NY 10004-2616

DIVISION OF
ENFORCEMENT

September 9, 2024

<u>Via ECF</u>

The Honorable P. Kevin Castel
United States District Judge
United States District Court for the
  Southern District of New York
500 Pearl Street
New York, NY 10007

Conference is scheduled on November 19, 2024
at 3:30 p.m. in Courtroom 11D.
SO ORDERED.
Dated: 9/10/2024

P. Kevin Castel
United States District Judge

**Re:  <u>SEC v. Wong, 24 Civ. 4231 (PKC) (S.D.N.Y.)</u>**

Dear Judge Castel:

    Plaintiff Securities and Exchange Commission respectfully seeks clarification as to whether the conference now scheduled for November 19, 2024 (Docket No. 17) in this matter will take place at 11:00 a.m., as the prior conference adjourned at Defendant's request was scheduled to do, or at a different time.

Respectfully submitted,

/s *Joshua R. Geller*
Joshua R. Geller
Senior Counsel

cc:    Counsel for Defendant (by ECF)